# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00425-CV

**NextEra Energy, Inc., Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-000143, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on November 18, 2020, is hereby withdrawn.

It is ordered on December 11, 2020.

Before Justices Goodwin, Baker, and Kelly